IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

Case No. 7:22-cr-00036-M

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | |
| v. | ORDER |
| DESMOND ANTONIO HINES, | |
| Defendant. | |

This matter comes before the court on Defendant's recent letter to the court [DE 78]. Counsel shall appear for a telephonic status conference on Tuesday, September 19, 2023 at 11:00 a.m. The clerk of court shall serve the letter, located at DE 78, to counsel in preparation for the status conference.

SO ORDERED this 15th day of September, 2023.

RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE