IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

Case No. 7:22-cr-00036-M

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | |
| v. | ORDER |
| DESMOND ANTONIO HINES, | |
| Defendant. | |

This matter comes before the court on Defendant Desmond Antonio Hines's recent letter, which the court construes a pro se motion to remove counsel [DE 78]. The court will hold a hearing on Thursday, September 28, 2023 at 2:30 p.m. in Courtroom 160, Wilmington. Defendant shall be prepared to discuss self-representation.

The Clerk of Court is directed to unseal the letter at DE 78.

SO ORDERED this 19th day of September, 2023.

RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE