IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

Case No. 7:22-cr-00036-M

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>DESMOND ANTONIO HINES,<br><br>    Defendant. | ORDER |

This matter comes before the court on Defendant's letter to the court [DE 83]. Counsel shall appear for a telephonic status conference on Wednesday, December 20, 2023 at 11:30 a.m. The clerk of court shall serve Defendant's letter to counsel in preparation for the status conference.

SO ORDERED this 14th day of December, 2023.

_____
RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE