IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

Case No. 7:22-cr-00036-M

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | |
| v. | ORDER |
| DESMOND ANTONIO HINES, | |
| Defendant. | |

This matter comes before the court on several motions [DE 89, 85, 87].

The court will hear defense counsel's motion [DE 89] to withdraw on Friday, January 5, 2024 at 10:00 a.m. in Courtroom 1, Wilmington. In light of the pending motion to withdraw, the court VACATES the January 8, 2024 pretrial conference.

While receiving representation from court-appointed counsel, Defendant filed a *pro se* motion [DE 85] to withdraw his guilty plea as to count one of the superseding indictment. This court does not permit hybrid representation. *See United States v. Miller*, 54 F.4th 219, 226 (4th Cir. 2022). The court DENIES Defendant's *pro se* motion [DE 85].

The court DENIES as MOOT the United States' consent motion to continue the pretrial conference [DE 87].

SO ORDERED this 21st day of December, 2023.

RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE