IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

Case No. 7:22-cr-00036-M

UNITED STATES OF AMERICA,

v.

DESMOND ANTONIO HINES,

ORDER

This matter comes before the court *sua sponte*. On January 8, 2024, the court ordered that, on or before February 8, 2024, the parties shall jointly propose several trial dates after April 1, 2024 and provide an estimated trial length. DE 94. To date, the parties have not provided written notice regarding their availability or length of trial.

On or before March 1, 2024, the parties shall file a joint notice providing at least three potential trial dates after April 1, 2024 and an estimated length of trial in days.

The court has determined that the ends of justice served by the time necessary to prepare for trial outweigh the best interests of the public and Defendant in a speedy trial. Any delay occasioned by this order shall therefore be excluded in computing Defendant's speedy-trial time. *See* 18 U.S.C. § 3161(h)(7).

SO ORDERED this 22d day of February, 2024.

Richard E Myers II
RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE