IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

Case No. 7:22-cr-36-M

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| v. | ORDER |
| DESMOND ANTONIO HINES, | |
| Defendant. | |

This matter comes before the court sua sponte. The trial scheduling order [DE 98] is amended as follows. The court will hold the pretrial conference on Friday, June 28, 2024 at 10 a.m. in Courtroom 1, Wilmington. All other provisions set forth in the trial scheduling order [DE 98] shall remain in effect.

SO ORDERED this 14th day of June, 2024.

RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE