UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:22-CR-36-1-M

UNITED STATES OF AMERICA,

VS. **ORDER**

DESMOND ANTONIO HINES

IT IS HEREBY ORDERED that the following government exhibits admitted into evidence on July 1, 2024, be turned over to the case agent, Timothy Moon, to be retained in his custody until this case is completed, including any matters on appeal:

| Exhibit No. | Description |
|---|---|
| 1 | **Glock. 40 caliber semiautomatic firearm, serial no. TZR292** |
| 2 | **Extended magazine** |
| 3 | **Ammunition** |
| 5 ✗ TJM | **Box of Hornady Critical Defense ammunition** |
| 4 | Original Firearm & magazine packaging |

This 1st day of July, 2024.

Richard E. Myers II
Chief U.S. District Judge

Agent's signature: _____