UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:22-CR-36-1-M

UNITED STATES OF AMERICA,

VS.

**ORDER**

DESMOND ANTONIO HINES

IT IS HEREBY ORDERED that the following government exhibits admitted into evidence on July 1, 2024, be turned over to the case agent, Timothy Moon, to be retained in his custody until this case is completed, including any matters on appeal:

| **Exhibit No.** | **Description** |
| --- | --- |
| 6 | **DNA swab from firearm** |
| 7 | **Buccal DNA swab from Hines** |
| 8 | **DNA Extractions** |

This 2d day of July, 2024.

Richard E. Myers II
Chief U.S. District Judge

Agent's signature: _____